

# Memorandum

**To:** Honorable Julia E. Kobick, U.S. District Judge

**From:** Julianne Robinson, U.S. Probation Officer

**Date:** September 4, 2024

**Re:** Giblin, John (Docket No.: 1:24CR10062 and 1:24CR10066)

<u>Financial Obligation and Request to Temporarily Suspend Payment Schedule</u>

On November 17, 2017, the above-named individual appeared in the District of Montana before the Honorable Dana L. Christensen, Chief U.S. District Judge, for sentencing in docket #9:17CR00012, after pleading guilty to Wire Fraud and Aggravated Identity Theft, in violation of 18 U.S.C. § 1343 and 18 U.S.C. §1028A(a)(1). Mr. Giblin was sentenced to 10 months in custody for Wire Fraud and 24 months in custody for Aggravated Identity Theft, to be followed by 3 years of supervised release.

On December 13, 2017, the above-named individual appeared in the District of Montana before the Honorable Susan P. Watters, U.S. District Judge for sentencing in docket #1:16CR00091, after y pleaded guilty to Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C). Mr. Giblin was sentenced to 108 months in custody to run concurrent with the above cited matter, to be followed by 3 years of supervised release.

On November 10, 2023, Mr. Giblin released from federal custody to his cousin's residence, where he lives with her husband and two adult children. On March 8, 2024, the District of Massachusetts assumed jurisdiction of Mr. Giblin's matter in docket #9:17CR00012 and on March 14, 2024, the District of Massachusetts assumed jurisdiction of Mr. Giblin's matter in docket #1:16CR00091.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed upon payment schedule, which is the purposes of this memorandum. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the defendant's financial situation are made to determine whether the schedule shall be changed.

On May 8,2024, Your Honor was notified that Mr. Giblin secured employment at ABC Contractors in Duxbury Massachusetts. At that time, Mr. Giblin agreed to pay his outstanding financial obligation in monthly installments of $100, which he has consistently been paying.

Currently, Mr. Giblin has been focused and motivated to complete medicated assisted treatment. He has been in residential treatment to taper off suboxone. As a result, Mr. Giblin has taken a leave of absence from work. At this time, Mr. Giblin is unable to pay his restitution. Respectfully, we are requesting that his payments be suspended so that he can focus on his sobriety. Once Mr. Giblin returns to work and his financial situation improves, we will reassess his ability to pay and notify Your Honor accordingly.

If Your Honor concurs with this recommendation, please advise by signing below.

1

Respectfully submitted by:
*/s/ Julianne Robinson*
Julianne Robinson
U.S. Probation Officer

Reviewed/Approved by:
*/s/ Gina Affsa*
Gina Affsa,
Supervisory U.S Probation Officer
Date: September 4, 2024

---

[  ] Request approved, payments are suspended.

[  ] Other:_____

_____
Honorable Julia E. Kobick
U.S. District Judge


_____
Date